# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stras, David R. | 2. Court or Organization<br><br>United States Court of Appeals for the Eighth Circuit | 3. Date of Report<br><br>05/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>300 South 4th Street, Suite 344<br>Minneapolis, MN 55415 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Justice | Minnesota Supreme Court |
| 2. | Adjunct Faculty Member | University of Iowa College of Law |
| 3. | Board Member | Minnesota Supreme Court Historical Society |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010-2018 | Judge's Retirement Plan (Minnesota State Retirement System); state-managed pension plan. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Minnesota Supreme Court, Salary | $14,303.00 |
| 2. 2018 | University of Iowa College of Law, Adjunct Teaching | $10,000.00 |
| 3. 2018 | Lexis-Nexis, Royalties for Federal Courts Casebook | $1,193.58 |
| 4. 2018 | Social Science Research Network, Compensation as Editor of Law and Politics E-Journal | $400.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Nu-Way House Inc., Salary |
| 2. 2018 | Minnesota Independence College & Community, Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BYU Law School | March 8-10, 2018 | Provo, UT | Attended a conference on Corpus Linguistics | Transportation, meals, lodging |
| 2. | The Federalist Society | April 18-20, 2018 | New York, NY and Philadelphia, PA | Spoke to law students at Columbia and University of Pennsylvania Law Schools | Transportation, meals, lodging |
| 3. | The Federalist Society | April 23-24, 2018 | Chicago, IL | Spoke to law students at the University of Chicago Law School | Transportation, meals, lodging |
| 4. | The Federalist Society | April 26-27, 2018 | Washington, DC | Spoke to law students at the Antonin Scalia Law School | Transportation, meals, lodging |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | University of Iowa College of Law | August 12-16, 2018 | Iowa City, IA | Taught a course on the United States Supreme Court | Transportation, meals, lodging |
| 6. | The Federalist Society | September 3-7, 2018 | Avon, CO | Attended a course on the Federalist and Anti-Federalist Papers | Transportation, meals, lodging |
| 7. | George Mason Law & Economics Center | September 20-21, 2018 | Arlington, VA | Attended and participated in a symposium on the 14th Amendment | Transportation, meals, lodging |
| 8. | George Mason Law & Economics Center | October 3-4, 2018 | Arlington, VA | Attended the Antonin Scalia dinner and tribute | Transportation, meals, lodging |
| 9. | The Federalist Society | October 24-25. 2018 | Charlottesville, VA | Spoke to law students at the University of Virginia School of Law | Transportation, meals, lodging |
| 10. | The Federalist Society | November 16-18, 2018 | Washington, DC | Attended the Federalist Society National Convention | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Lightstream | Unsecured Automobile Loan | K |
| 2. | Lightstream | Unsecured Automobile Loan | J |
| 3. | Fidelity | Loan on a 403(b) Account | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Minnesota College Savings Plan (H) | | | | | | | | | |
| 2. | -Managed Allocation Option Ages 9-10 | None | | K | T | | | | | |
| 3. | Virginia 529 College Savings (H) | | | | | | | | | |
| 4. | -2018 Portfolio | None | | K | T | | | | | |
| 5. | Mutual of America 401(k) Thrift (H) | | | | | | | | | |
| 6. | -Mutual of America Equity Index Fund | None | | J | T | | | | | |
| 7. | -Mutual of America Small Cap Value Fund | None | | J | T | | | | | |
| 8. | Health Care Savings Plan-State of Minnesota (H) | | | | | | | | | |
| 9. | -Empower Broad International Stock Fund | None | | K | T | | | | | |
| 10. | -Empower U.S. Stock Actively Managed Fund | None | | K | T | | | | | |
| 11. | -Empower U.S. Stock Index Fund | None | | K | T | | | | | |
| 12. | -Empower Bond Fund | None | | J | T | | | | | |
| 13. | Fidelity 403(b) Account (H) | | | | | | | | | |
| 14. | -Fidelity Focused Stock Fund | D | Dividend | K | T | Sold (part) | 01/22/18 | J | | |
| 15. | -Fidelity International Discovery Fund | | | | | Sold | 01/22/18 | K | | |
| 16. | -Fidelity Low Priced Stock Fund | C | Dividend | K | T | Sold (part) | 01/22/18 | J | | |
| 17. | -Fidelity Small Cap Discovery Fund | D | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Strategic Income Fund | B | Dividend | K | T | Buy (add'l) | 01/22/18 | J | | |
| 19. -Fidelity New Markets Inc. Fund | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 20. -Fidelity Leveraged Company Stock Fund | B | Dividend | J | T | | | | | |
| 21. -Fidelity International Small Cap Stock Fund | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 22. -Fidelity International Capital Appreciation Stock Fund | A | Dividend | K | T | Buy | 01/22/18 | K | | |
| 23. Fidelity 457(b) Account (H) | | | | | | | | | |
| 24. -Fidelity Focused Stock Fund | A | Dividend | J | T | | | | | |
| 25. -Fidelity International Discovery Fund | A | Dividend | | | Sold | 01/22/18 | J | | |
| 26. -Fidelity Small Cap Discovery Fund | | | | | Sold | 01/22/18 | J | | |
| 27. -Fidelity Strategic Income Fund | A | Dividend | J | T | | | | | |
| 28. -Fidelity Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 29. -Fidelity Contrafund Fund | | | | | Sold | 01/22/18 | J | | |
| 30. -Fidelity International Small Cap Fund | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 31. Vanguard 403(b) Account (H) | | | | | | | | | |
| 32. -Vanguard Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard 457 Account (H) | | | | | | | | | |
| 34. -Vanguard Capital Opportunity Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Securian Faculty 401(a) Account (H) | | | | | | | | | |
| 36. -Vanguard Inflation Protected Securities Fund | | None | K | T | | | | | |
| 37. -Fidelity Strategic Income | | None | K | T | | | | | |
| 38. -Vanguard Wellington Fund | | None | L | T | | | | | |
| 39. -Vanguard Primecap Fund | | None | M | T | | | | | |
| 40. -Vanguard International Value Fund | | None | L | T | | | | | |
| 41. Learning Quest 529 Account (H) | | | | | | | | | |
| 42. -Aggressive Track: Conservative Portfolio | | None | J | T | Sold (part) | 08/07/18 | K | | |
| 43. -Moderate Track: Very Conservative Portfolio | | None | K | T | | | | | |
| 44. E*Trade Rollover IRA (H) | | | | | | | | | |
| 45. -BLDRS Emerging Markets 50 ADR Index Fund | A | Dividend | J | T | | | | | |
| 46. -SPDR Gold Shares ETF | | None | J | T | | | | | |
| 47. -Harbor International Investor Fund | | | | | Sold | 01/22/18 | J | | |
| 48. -Janus Global Allocation Conservative Fund | A | Dividend | J | T | | | | | |
| 49. -Neuberger Berman Genesis Fund | B | Dividend | J | T | | | | | |
| 50. -Parnassus Core Equity Fund | B | Dividend | J | T | | | | | |
| 51. -T. Rowe Price International Discovery | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Oakmark International | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 53.   E*Trade IRA (H) | | | J | T | | | | | |
| 54.   -Icon Energy Fund | A | Dividend | J | T | | | | | |
| 55.   -Primecap Odyssey Stock Fund | A | Dividend | J | T | | | | | |
| 56.   E*Trade Roth IRA #1 (H) | | | | | | | | | |
| 57.   -Litman Gregory Masters International Fund | | | | | Sold | 01/22/18 | J | | |
| 58.   -Neuberger Berman Genesis Fund | A | Dividend | J | T | | | | | |
| 59.   -T Rowe Price International Discovery Fund | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 60.   E*Trade Roth IRA #2 (H) | | | | | | | | | |
| 61.   -Litman Gregory Masters International Fund | | | | | Sold | 01/22/18 | J | | |
| 62.   -Neuberger Berman Genesis Fund | A | Dividend | J | T | | | | | |
| 63.   -Hartford Schroders Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 64.   -T Rowe Price International Discovery | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 65.   Janus Roth IRA #1 (H) | | | | | | | | | |
| 66.   -Janus Global Allocation Growth Fund | A | Dividend | J | T | | | | | |
| 67.   -Janus High-Yield Fund | A | Dividend | J | T | | | | | |
| 68.   -Janus Triton Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -Janus International Value Fund | A | Dividend | J | T | | | | | |
| 70. | Janus Roth IRA #2 (H) | | | | | | | | | |
| 71. | -Janus Global Allocation Growth Fund | A | Dividend | J | T | | | | | |
| 72. | -Janus High-Yield Fund | A | Dividend | J | T | | | | | |
| 73. | -Janus Triton Fund | A | Dividend | J | T | | | | | |
| 74. | -Janus International Value Fund | A | Dividend | J | T | | | | | |
| 75. | TCF Bank Checking Account | | None | J | T | | | | | |
| 76. | E*Trade Bank Checking Account | A | Int./Div. | L | T | | | | | |
| 77. | Mutual of Omaha Flexible Premium Adjustable Life Insurance Policy | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Stras**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544